IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RODNEY SMITH, | : | |
|---|---|---|
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-7073 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | CRIMINAL ACTION |
| | : | |
| | : | 07-0145 |

## ORDER

**AND NOW**, this _____ day of July, 2012, upon consideration of Petitioner Rodney Smith's Habeas Corpus Petition to Vacate/Set Aside/Correct Sentence Pursuant to U.S.C. § 2255 (Doc. 77), and the Government's Memorandum in Opposition (Doc. 81), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Habeas Corpus Petition to Vacate/Set Aside/Correct Sentence Pursuant to U.S.C. § 2255 is **DENIED.**[1]

**IT IS FURTHER ORDERED** that this case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion, dated July __, 2012.